# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 12, 2013

## NO. 03-11-00318-CR

**Thomas H. Adair, Sr., Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 21ST DISTRICT COURT OF BASTROP COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE**
**AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgments of conviction signed by the trial court on February 14, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the court's judgments. Therefore, the Court affirms the judgments of conviction.

The appellant shall pay all costs relating to this appeal, both in this Court and the court below.